UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH TROTTIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SYSCO CORPORATION,<br><br>Defendant. | Case No. 4:23-cv-01818<br><br>Consolidated Cases:<br><br>4:23-cv-01831<br>4:23-cv-01845<br>4:23-cv-02388<br>4:23-cv-02547<br><br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Joseph Trottier, Carmelo Pacheco, Bryce Miller, Angela Cooks, and Hector Acosta ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move this Court to:

1. Preliminarily approve the Settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Sysco Corporation ("Defendant" or "Sysco," and, together with Plaintiffs, the "Parties"), attached as **Exhibit 1** to Plaintiffs' Brief in Support of this Motion ("Brief"), and the accompanying exhibits, including the Short Form Notice, the Long Form Notice, the Claim Form, the [Proposed] Order Granting Preliminary Approval of Class Action Settlement ("[Proposed] Preliminary Approval Order"), and the [Proposed] Final Order and Judgment Granting Final Approval of Class

Action Settlement (the "[Proposed] Final Order and Judgment"), attached to the Settlement Agreement as **Exhibits A through E**, as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Federal Rule of Civil Procedure 23 for settlement purposes only;

3. Approve the Notice program set forth in the Settlement Agreement, including the use of Notices substantially similar to those attached as **Exhibits B and C** to the Settlement Agreement;

4. Designate Plaintiffs Joseph Trottier, Carmelo Pacheco, Bryce Miller, Angela Cooks, and Hector Acosta ("Plaintiffs") as Class Representatives;

5. Designate Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC and Patrick Barthle of Morgan & Morgan Complex Litigation Group as Settlement Class Counsel;

6. Approve the retention of Kroll Settlement Administration LLC ("Kroll") as Settlement Administrator;

7. Approve the procedures set forth in Section 5 of the Settlement Agreement for Settlement Class Members to object to the Settlement;

8. Approve the use of a Claim Form substantially similar to that attached as **Exhibit A** to the Settlement Agreement;

9. Stay the Action or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning Released Claims; and

11. Schedule a Final Fairness Hearing for a time and date convenient for the Court, at which the Court will conduct an inquiry into the fairness, reasonableness, and adequacy of the Settlement, final approval of the Settlement, and consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Brief; (3) the Joint Declaration of Counsel in Support of this Motion, attached as **Exhibit 2** to the Brief; (4) the Settlement Agreement, attached as **Exhibit 1** to the Brief; (5) the Notices of Class Action Settlement (both Short and Long Notice); (6) the Claim Form; (7) the [Proposed] Preliminary Approval Order; (8) the [Proposed] Final Order and Judgment; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: April 30, 2025                                    Respectfully submitted,

*/s/ Patrick A. Barthle II*
Patrick A. Barthle II
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St.
7th Floor
Tampa, FL 33602
813-229-4023
Email: pbarthle@forthepeople.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606 866-252-0878
Email: gklinger@milberg.com

*Interim Co-Lead Counsel and Proposed Class Counsel*

## CERTIFICATION OF CONFERENCE

I, Patrick A. Barthle, Interim Co-Lead Class Counsel and Counsel for Plaintiffs, hereby aver pursuant to Judge Hanks's Procedures Section 6(C), that I have conferred with the Defendant about the relief sought in this motion, and Defendant agreed not to oppose the relief sought.

*/s/ Patrick A. Barthle II*
Patrick A. Barthle II

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court of the above-captioned court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Patrick A. Barthle II*
Patrick A. Barthle II